IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joseph Vita, | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 1:17-cv-02654-RC |
| Asian Relief, Inc., et. al., | ) |
|     Defendant. | ) |

**<u>NOTICE OF VOLUNTARY DISCONTINUANCE</u>**

    Undersigned counsel, Morris E. Fischer, Esq., having reviewed the dismissal motions in this case, and having discussed this matter with Defense Counsel, has received consent from Defendant's Counsel to Voluntarily Dismiss this case without prejudice. Aside of the diversity jurisdiction issues, the subject contract governing this dispute contains a forum selection clause necessitating this matter's filing in the Superior Court of the District of Columbia. Hence, assuming this matter cannot be resolved, the parties have stipulated to that Court as the proper venue for this case.

    Respectfully Submitted,

    */s/*_____
    Morris E. Fischer, Esq.
    D.C. Bar No: 490369
    Morris E. Fischer, LLC.
    8720 Georgia Avenue, Suite 210
    Silver Spring, MD 20910
    Phone: (301) 328-7631
    Fax: (301) 328-7638
    morris@mfischerlaw.com

___/s/___
Francis R. Laws, Esq.
THOMAS & LIBOWITZ, PA
100 Light Street, Suite 1100
Baltimore, MD 21202
Phone (410) 752-2468
Fax: (410) 752-0979
Email: flaws@tandlaw.com
