UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH F. VITA )<br>    *Plaintiff,* )<br>v. )<br> )<br>ASIAN RELIEF INC. )<br>    *Defendant* )<br> )<br>THE SISTERS OF MARY OF BANNEUX, INC. )<br>    *Defendant.* )<br> )<br>THE SISTERS OF MARY )<br>    *Defendant* )<br> )<br>TIMONY P. SCHWARTZ )<br>    *Defendant* )<br>                              ) | Civil Action No.  17-cv-02654<br><br>Judge Rudolph Contreras |

### Request for Errata or Correction

The undersigned thanks the Judge for his thorough and systematic decision on sanctions. But contained therein is a misstatement of fact that I respectfully request be corrected. The Order states, "Plaintiff discharged Mr. Stephens prior to the dismissal of this action." In fact, I *withdrew* on February 20, 2018. See Docket Number 20. The attached affidavit details the reasons for my withdrawal, including Plaintiff's failure to pay as promised, lack of cooperation, and dishonesty. The undersigned respectfully asks that the Judge issue an errata amending the sentence in question to read "Mr. Stephens withdrew as Plaintiff's Counsel prior to the dismissal of this action."

    /S/  Glenn Stephens  10/21/2018
Glenn Stephens Ph.D., Esq.
Bar No. # 472780
Federal Employees Defense, LLC 1725 I Street NW, Suite 300
Washington, DC 20006
202-258-6521
Drghs3@gmail.com

## CERTIFICATE OF SERVICE

I certify that on October 21, 2018, a copy of the above was e-filed with the Court.

    **/S/**   ***Glenn Stephens*** **10/21/2018**
Glenn Stephens Ph.D., Esq.
Bar No. # 472780
Federal Employees Defense, LLC 1725 I Street NW, Suite 300
Washington, DC 20006
202-258-6521
Drghs3@gmail.com